ACCEPTED
15-24-00090-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 9:35 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 463-2127
1/23/2025 9:35:29 AM
Lanora.Pettit@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

January 23, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

**Re:    No. 15-24-00087-CV, 15-24-00090-CV;** *In re: Google, LLC*

Dear Mr. Prine:

    I am writing to advise the Court of my withdrawal as counsel for Real Party in Interest, the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. William F. Cole will remain counsel for those parties.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: all counsel of record (via electronic filing)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96508356
Filing Code Description: Letter
Filing Description: 20250123 15COA 152400087CV 152400090CV
Google3 Attorney Withdrawal LCP_Final
Status as of 1/23/2025 9:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bryan DLauer | | blauer@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Melissa Patterson | | mpatterson@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Robyn BHargrove | | rhargrove@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Steven JWingard | | swingard@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| John W.Ellis | | jellis@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Nanette Dinunzio | 24036484 | Nanette.Dinunzio@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Kevin Cullen | 5208625 | kcullen@cullenlawfirm.com | 1/23/2025 9:35:29 AM | SENT |
| Joseph Graham | 24044814 | joseph.graham@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Steven Robinson | 24046738 | Steven.Robinson@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Ronald Walker | 20728300 | rwalker@walkerkeeling.com | 1/23/2025 9:35:29 AM | SENT |
| Christin Vasquez | 24074047 | christin.vasquez@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Christopher Schuelke | 24008000 | Brad.Schuelke@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Marc Collier | 792418 | marc.collier@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Jennifer Roscetti | 24066685 | jennifer.roscetti@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 1/23/2025 9:35:29 AM | SENT |
| Julie Ann Searle | 24037162 | julie.searle@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Gary Gould | 24104995 | gary.gould@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Barbara Light | 24109472 | barbara.light@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Jameson Joyce | 24110070 | Jameson.Joyce@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96508356
Filing Code Description: Letter
Filing Description: 20250123 15COA 152400087CV 152400090CV Google3 Attorney Withdrawal LCP_Final
Status as of 1/23/2025 9:45 AM CST

Case Contacts

| Jameson Joyce | 24110070 | Jameson.Joyce@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
|---|---|---|---|---|
| Ruth Adams | | radams@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Lanora Pettit | 24115221 | lanora.pettit@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Ralph Molina | 24116780 | Ralph.Molina@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Isabela Pena-Gonzalez | 24126596 | isabela.penagonzalez@gmail.com | 1/23/2025 9:35:29 AM | SENT |
| Chason Sippel | 24126753 | chase.sippel@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Zachery Newton | 24126971 | zachery.newton@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Christopher Cooke | 24129241 | christopher.cooke@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Kristina Williams | 24078303 | kristina.williams@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Kevin Lie | 24136085 | kevin.lie@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Shelby Hart-Armstrong | | sharmstrong@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |
| Aaron Nielson | 24140653 | aaron.nielson@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Brent Webster | 24053545 | brent.webster@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 1/23/2025 9:35:29 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Maria Diaz | | maria.diaz@nortonrosefulbright.com | 1/23/2025 9:35:29 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 1/23/2025 9:35:29 AM | SENT |